UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

Rory Shannon,

    Plaintiff,

v.

CZM USA, Corp.,

    Defendant and Third-Party Plaintiff,

v.

Veit & Company, Inc.,

    Third-Party Defendant.

Case No. 23-cv-3035 (DWF/ECW)

**AMENDED PRE-TRIAL SCHEDULING ORDER**

This case is before the Court on the Joint Motion to Extend Pretrial Scheduling Order Deadlines (Dkt. 24). Having considered the Joint Motion and for good cause shown, the Motion is **GRANTED** and **IT IS ORDERED THAT:**

1. The deadline for the parties to complete factual discovery shall be **March 3, 2025.**

2. The deadline for Rule 35 medical examinations shall be **April 3, 2025.**

3. Pursuant to Fed. R. Civ. P. 26(a)(2)(A), expert disclosures shall be made as follows:

    a)    Identities by Plaintiff, **December 30, 2024.**
            Disclosures by Plaintiff, **May 5, 2025.**

    b)    Identities by Defendant/Third-Party Plaintiff and Third-Party Defendant on or before, **March 2, 2025.**

           Disclosures by Defendant/Third-Party Plaintiff and Third-Party Defendant on or before **June 30, 2025.**

    c)    Rebuttal identities and disclosures, **September 2, 2025.**

4. Expert discovery, including depositions, shall be completed by **October 30, 2025.**

5. All non-dispositive motions and supporting documents, including those that relate to factual discovery, shall be filed and served on or before **March 17, 2025.**

6. All non-dispositive motions and supporting documents that relate to expert discovery shall be filed and served on or before **November 13, 2025.**

7. All dispositive motions shall be filed, served, and scheduled on or before **December 30, 2025**. All dispositive motions shall be filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1. Counsel shall schedule the hearing by calling the Courtroom Deputy for District Judge Donovan W. Frank, at 651-848-1296. When a motion, response, or reply brief is filed on CM/ECF, two paper courtesy copies of the pleading and all supporting documents shall be mailed or delivered to Lori Sampson, Courtroom Deputy, at the same time as the documents are posted on CM/ECF.

8. This case shall be ready for trial on **May 29, 2026**, at which time the case will be placed on the Court's jury/non-jury trial calendar. The anticipated length of trial is 10 days.

9. The parties will engage in private mediation on or before **June 5, 2025**. Within 5 days after conclusion of the private mediation, the parties must file a joint letter on CM/ECF stating the outcome of the private mediation.

The parties must make all efforts to meet these deadlines. No further extensions will be granted absent a specific and fulsome showing of good cause.

DATED: October 15, 2024         <u>s/Elizabeth Cowan Wright</u>
                                ELIZABETH COWAN WRIGHT
                                United States Magistrate Judge