UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rory Shannon,<br><br>    Plaintiff,<br><br>v.<br><br>CZM USA, Corp.,<br><br>    Defendant and Third-<br>    Party Plaintiff,<br><br>v.<br><br>Veit & Company, Inc.,<br><br>    Third-Party Defendant. | Case No. 23-cv-3035-DWF-ECW<br><br>**THIRD AMENDED PRE-TRIAL SCHEDULING ORDER** |

This case is before the Court on the Joint Motion to Modify Second Amended Pre-Trial Scheduling Order (Dkt. 31). Having considered the Joint Motion and for good cause shown, the Motion is **GRANTED** and **IT IS ORDERED** that:

1. Pursuant to Fed. R. Civ. P. 26(a)(2)(A), expert disclosures shall be made as follows:

   a) Identities by Plaintiff, **December 30, 2024.**
      Disclosures by Plaintiff, **May 19, 2025.**

   b) Identities by Defendant/Third-Party Plaintiff and
      Third-Party Defendant on or before, **March 2, 2025.**
      Disclosures by Defendant/Third-Party Plaintiff and
      Third-Party Defendant on or before **July 14, 2025.**

   c) Rebuttal identities and disclosures, **September 16, 2025.**

1

2. The parties will engage in private mediation on or before **September 1, 2025**. Within 5 days after conclusion of the private mediation, the parties must file a joint letter on CM/ECF stating the outcome of the private mediation.

3. All other terms and deadlines set forth in the Court's October 15, 2024, Second Amended Pretrial Scheduling Order shall remain in effect unless expressly modified at the discretion of this Court.

Dated: April 22, 2025                     *s/Elizabeth Cowan Wright*
                                          ELIZABETH COWAN WRIGHT
                                          United States Magistrate Judge