# UNITED STATED DISTRICT COURT
## DISTRICT OF MINNESOTA

Rory Shannon,                                           Civil No. 23-3035 (DWF/ECW)

               Plaintiff,

v.

                                                        **ORDER FOR DISMISSAL**

CZM USA, Corp.,                                         **WITH PREJUDICE AS TO**
                                                     **VEIT & COMPANY, INC.**
               Defendant and                        **ONLY**
               Third-Party Plaintiff,

v.

Veit & Company, Inc.,

               Third-Party Defendant.

     Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties on

June 19, 2025 (Doc. No. [33]),

     **IT IS HEREBY ORDERED** that the claims against Veit & Company, Inc.

ONLY in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** and

on the merits, without costs and disbursements to any party.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 3, 2025                          s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge